IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE BESSEY, ET. AL.<br>Plaintiffs | : CIVIL ACTION NO. 11-CV-7099<br>:<br>: |
| v. | : |
| SPECTRUM ARENA, L.P.<br>Defendant | : |

## ORDER

AND NOW, this 22nd day of December, 2011, in consideration of Plaintiff's Motion for Preliminary Injunction (Doc. 2), Defendants' Response in Opposition thereto (Doc. 5), and the evidence and testimony presented to the Court in the preliminary injunction hearing held on December 5, 2011, **IT IS HEREBY ORDERED and DECREED** that the Plaintiff's Motion for Preliminary Injunction is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Petrese B. Tucker*

Hon. Petrese B. Tucker, U.S.D.J.